UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA TY JOHNSON and JUDY HORTON, | ) ) ) |
| Plaintiffs and Counter-Defendants | ) ) ) |
| v. | ) ) |
| DECOR FABRICS, INC., d/b/a MATERIAL THINGS; TRACY HANCEY, individually, JACQUELINE C. WESTRA, individually, and EDWARD H. HODGE, individually, | ) ) ) ) ) ) |
| Defendants and Counter-Plaintiffs | ) ) |

Case No. 3:07-0878
Judge Trauger

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion to Dismiss Plaintiffs' State Law Claims (Docket No. 26), is **DENIED**, and the defendants' Motion to Strike Plaintiffs' Jury Demand (Docket No. 28), is **GRANTED**. The plaintiffs are **GRANTED** ten days to file an Amended Complaint.

It is so ordered.

Enter this 27th day of February 2008.

ALETA A. TRAUGER
United States District Judge